UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| BRAD COULSON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:06cv0183 AS |
| | ) | |
| JOHN R. VANNATTA, | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM, OPINION AND ORDER*

On or about March 15, 2006, *pro se* petitioner, Brad Coulson, an inmate at the Miami Correctional Facility in Bunker Hill, Indiana (MCF), filed a petition seeking relief under 28 U.S.C. §2254.  The motion to dismiss filed on behalf of the respondent by the Attorney General of Indiana on July 13, 2006, demonstrates the necessary compliance with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982).  It is beyond any doubt that motion to dismiss is well taken and now **GRANTED**.  **IT IS SO ORDERED**.

   **DATED:**  August 30, 2006

                                    S/ ALLEN SHARP
                                    **ALLEN SHARP, JUDGE**
                                    **UNITED STATES DISTRICT COURT**